UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Omar C.O.,

Petitioner,

v.

Todd Blanche, *U.S. Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David Venturella, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and Joel Brott, *Sherburne County Sheriff*,

Respondents.

File No. 26-cv-4167 (ECT/DTS)

**ORDER**

On September 26, 2026, Petitioner Omar C.O. filed a Verified Petition for Writ of Habeas Corpus, seeking his release from custody. *See* ECF No. 1. On November 10, 2026, Magistrate Judge David T. Schultz filed a Report and Recommendation, recommending that Omar's petition be granted and that Omar be released from custody. *See* ECF No. 10. On November 18, 2026, the parties filed a Stipulation of Dismissal, stipulating to dismiss the action without prejudice and without an award of costs or fees to either side, due to Omar's deportation to Mexico. ECF No. 11. Accordingly, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **REJECTED AS MOOT**; and

2. Petitioner Omar C.O.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 20, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court